1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MELVIN DINNICK BROWN,              Case No. CV 15-6098 GW (SS)

12                   Petitioner,

13        v.                                      **JUDGMENT**

14   JOSIE GASTELO, Warden,

15                   Respondent.

16

17        Pursuant to the Court's Order Accepting Findings,

18   Conclusions and Recommendations of United States Magistrate

19   Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed with prejudice.

23

24   DATED: October 13, 2016

25                                        _____
                                          GEORGE H. WU
26                                        UNITED STATES DISTRICT JUDGE

27

28